# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

| | |
|---|---|
| SMITH & WESSON CORP.,<br><br>Plaintiff,<br><br>v.<br><br>TOMKINS CORPORATION,<br>GEORGE PAPPAYLIOU, and<br>DANIEL J. DISSER<br><br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>C.A. No. 08-331-UNA<br><br>**JURY TRIAL DEMANDED** |

TO:   George Pappayliou, Officer of Tomkins Corporation
c/o its registered agent, The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Kevin F. Brady (Bar No. 2248)
Jeremy D. Anderson (Bar No. 4515)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899-2207

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                               JUN 1 0 2008

CLERK                                            DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 10/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6/10/08 |
| NAME OF SERVER (PRINT) CHRIS HAZEWSKI | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

[x] Other (specify): <u>Served summons and complaint upon defendant by delivering copies to the defendant's registered agent, The Corporation Trust Company, at 1209 Orange Street, Wilmington, DE 19801.</u>

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/10/08
/Date

*Signature of Server*

Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
<u>Wilmington, DE 19801-2207</u>
*Address of Server*

224388

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.