IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH & WESSON CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:08-cv-00331-GMS |
| | ) |
| TOMKINS CORPORATION, GEORGE | ) |
| PAPPAYLIOU, and DANIEL J. DISSER, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that the time for Defendants, Tomkins Corporation, George Pappayliou and Daniel J. Disser, to answer, move or otherwise plead in response to the Complaint (D.I. 1) is hereby extended to and including July 30, 2008. The reason for this request is that Defendants recently retained counsel and require additional time to assess the claims in the Complaint and determine whether to answer, move, or otherwise plead in response.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Kevin F. Brady* | /s/ *Thomas W. Briggs, Jr.* |
| Kevin F. Brady (#2248) | William O. LaMotte, III (#460) |
| Jeremy D. Anderson (#4515) | Thomas W. Briggs, Jr. (#4076) |
| 1007 North Orange Street | 1201 North Market Street |
| P.O. Box 2207 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1347 |
| (302) 658-9141 | (302) 658-9200 |
| kbrady@cblh.com | tbriggs@mnat.com |
| janderson@cblh.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

June 27, 2008

- 2 -

IT IS HEREBY ORDERED this ____ day of June, 2008.

_____
United States District Judge

2386165